U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 3 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT BRUCE** | **CIVIL ACTION NO. 08-1750** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **CCA, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Before the court is the report and recommendation of the magistrate judge,[1] filed previously in the above captioned case. The court has carefully reviewed the entire record before us and finds that the findings and recommendations of the magistrate judge are correct under applicable law. The court is also aware of more recent correspondence from plaintiff which we will construe as An additional motion for preliminary injunction concerning four (4) new eye drops prescribed after plaintiff's October 1, 2009 eye surgery.[2] Finding no reason for distinction among these six (6) total eye drops and, again, concurring with the findings of the magistrate judge as to the importance of the timely administration of these medications, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's motions for preliminary injunction[3] are **GRANTED** and that defendants shall provide plaintiff with **ALL PRESCRIBED MEDICATIONS** in a timely manner.

---

[1] R. 28.

[2] R. 31.

[3] R. 19, 31.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 3rd day of December, 2009.

*[signature]*
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE