RECEIVED
IN ALEXANDRIA, LA.

JAN 2 5 2010

TONY R. MOORE  CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT F. BRUCE | CIVIL ACTION NO. 08-1750-A |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR. |
| TIM WILKERSON, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Bruce's motion for a preliminary injunction [36] is DENIED as MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of January 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE